JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESMAT Y. ELHILU, an individual; FATEN ELHILU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-03456-MWF-MRW<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: July 10, 2020

_____
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**

1